UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Dan E. Durell, | File No. 23-cv-2067 (ECT/DLM) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Matt Kensy, Johnson, and DeRungs, *Custodial Maintenance Services Manager, each being sued in his individual capacity while acting in his official capacity*, | |
| Defendants. | |

---

Magistrate Judge Douglas L. Micko issued a Report and Recommendation on August 17, 2023. ECF No. 5. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 5] is **ACCEPTED**;

2. The action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute; and

3. Plaintiff's application to proceed in District Court without prepaying fees or costs [ECF No. 2] is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 14, 2023    s/ Eric C. Tostrud
                             Eric C. Tostrud
                             United States District Court